## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

NATHANIEL REAGAN,

          Plaintiff,

v.

ROCHELLE WALENSKY,
DIRECTOR, CENTERS FOR
DISEASE CONTROL,
          Defendant.

Civil Action No.

Jury Trial
Demand

## COMPLAINT FOR DAMAGES, DECLARATORY AND EQUITABLE RELIEF

Plaintiff files this Complaint for Damages and Equitable Relief, and shows the Court as follows:

## INTRODUCTION

This is a case of sexual harassment and retaliation. The Centers for Disease Control (hereafter "Defendant") discriminated against Nathanial Reagan (hereafter "Plaintiff") because of his sex and his participation in protected activity. Plaintiff seeks actual damages, declaratory, injunctive, equitable relief, compensatory damages, cost and reasonable attorney's fees.

## JURISDICTION

1.

This action is brought for discrimination, and hostile work

environment pursuant to the Civil Rights Act of 1964 as amended, as applied to the federal government and the interpretation of its statutes. The jurisdiction of this court is invoked to secure protection and redress deprivation of rights secured by federal law which prohibits discrimination against employees because of their disability.

2.

The jurisdiction of this Court is invoked pursuant to its original jurisdiction over cases and controversies arising under federal law, pursuant to 28 U.S.C. § 1331, and all prerequisites to bringing this suit have been met. This suit is properly before the court.

3.

Plaintiff timely an Equal Employment Opportunity (hereinafter "EEO") complaint on December 1, 2016. On April 4, 2022, the Equal Employment Opportunity Commission issued a Decision.

4.

Plaintiff has exhausted the federal administrative remedies, and timely brings this suit before the Court.

## **VENUE**

5.

This action properly lies in the United States District Court for the

Northern District of Georgia, pursuant to 29 U.S.C. § 1391(b), because the claim

arose in this judicial district, and pursuant to 42 U.S.C. § 2000e-5(f)(3), because

the unlawful employment practice was committed in this judicial district,

employment records relevant to such practice are maintained and administered in

this judicial district, or the aggrieved person would have worked in this district

for the alleged unlawful employment practice.

## PARTIES

6.

Plaintiff was an employee of Defendant and Defendant was a joint

employer of Plaintiff.

7.

Defendant is a federal government agency and has offices

throughout the United States, including in Atlanta, Georgia. Defendant is an

employer, engages in an industry affecting commerce, and, upon

information and belief, employs more than 500 regular employees.

## FACTS

8.

Plaintiff is male.

9.

Defendant was a joint employer of Plaintiff at all relevant times.

10.

Plaintiff was supervised by the CDC COR.

11.

On July 27, 2014, Plaintiff toured the CDC COR's new apartment, and the COR removed his clothes and stood only in his shirt and white crew briefs. Plaintiff was caught off guard and visibility uncomfortable. The COR made a flirtatious comment. Plaintiff left the scene to give the COR time to put on pants and a shirt.

12.

Throughout 2014-2015, the CDC COR made frequent invites to one-on-one activities such as dinners or hanging out on weekends.

13.

On August 11, 2015, Plaintiff was sent multiple Facebook messages from the CDC COR inquiring as to why Plaintiff was single and about Plaintiff's dating/sex life.

14.

On August 16, 2015, Plaintiff was informed the agency had placed a stop work order for the contract he was working under and he was unable to work under the contract until September 9, 2015.

15.

On September 10, 2015, the CDC COR put a corrective action plan in place as a means to assert control over how Plaintiff delivered his scope of work.

16.

Between October 2015 and September 2016 he was assigned menial tasks below his skill and pay grade.

17.

On January 15, 2016, Plaintiff received remarks and texts from the CDC COR about wearing underwear to his birthday party.

18.

On February 12, 2016, Plaintiff received an email forwarded picture of a male model from the CDC COR with remarks to his resemblance.

19.

In July 2016 and CDC COR moved him into his office space without the permission of the Director.

20.

In August 2016 the CDC COR scrutinized his work well beyond that of others by making him undergo an extreme round of edits.

21.

In September 2016, for weeks the CDC COR would not greet him,

look at him or acknowledge him in any manner.

22.

The CDC COR demonstrated passive aggressive behaviors in one-on-one meetings and at times in meetings with other senior staff.

23.

The CDC COR denied his request for time off.

24.

On December 1, 2016, Plaintiff was transitioned off the communication technical support tasking.

25.

On January 13, 2017, Plaintiff was notified that his contract with the Agency would not be renewed.  One of the decision makers claims he and the COR made the decision, but the COR denies any role.

COUNT I
SEX DISCRIMINATION IN VIOLATION OF TITLE VII OF
THE CIVIL RIGHTS ACT OF 1964

26.

Plaintiff incorporates by reference the proceeding paragraphs as if fully reinstated herein.

27.

As a male, Plaintiff is a member of a statutory protected class.

28.

Plaintiff was subjected to personnel actions within the meaning of Title VII of the Civil Rights Act of 1964, as amended.

29.

The personnel actions were because of Plaintiff's sex and/or tainted by Plaintiff's sex.

30.

Defendant caused Plaintiff damages for which Defendant is liable.

## COUNT II
## RETALIATION IN VIOLATION OF TITLE VII OF
## THE CIVIL RIGHTS ACT OF 1964

31.

Plaintiff incorporates by reference the proceeding paragraphs as if fully reinstated herein.

32.

Plaintiff engaged in protected activity.

33.

Plaintiff was subjected to personnel actions within the meaning of Title VII of the Civil Rights Act of 1964, as amended.

34.

The personnel actions were because of Plaintiff's protected activity and/or tainted by Plaintiff's protected activity.

35.

Defendant caused Plaintiff damages for which Defendant is liable.

<u>COUNT III</u>
<u>HOSTILE WORK ENVIRONMENT (SEX) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964</u>

36.

Plaintiff incorporates by reference the proceeding paragraphs as if fully reinstated herein.

37.

Plaintiff was subjected to unwelcome harassment.

38.

Plaintiff contends the harassment he suffered was sufficiently pervasive to affect a term and condition of employment.

39.

Defendant knew of about the harassment Plaintiff endured because Management played a role in its facilitation. Defendant is liable for the harassment.

40.

Plaintiff's supervisor harassed Plaintiff because of Plaintiff's sex.

## COUNT IV
## HOSTILE WORK ENVIRONMENT (RETALIATORY HARASSMENT) IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

41.

Plaintiff incorporates by reference the proceeding paragraphs as if fully reinstated herein.

42.

Plaintiff was subjected to unwelcome harassment.

43.

Plaintiff contends the harassment would dissuade a reasonable employee from engaging in protected activity.

44.

Defendant knew of about the harassment Plaintiff endured because Management played a role in its facilitation. Defendant is liable for the harassment.

45.

Plaintiff's supervisor harassed Plaintiff because of Plaintiff's protected activity.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands a TRIAL BY JURY and that the following relief be granted:

A. That this Court take jurisdiction of this matter;

B. That the Court award lost compensation, economic benefits of employment in the amount determined by the trier of fact.

C. That the Court award Plaintiff the cost of litigation in this action and his reasonable attorney's fees.

D. That the Court grant Plaintiff the right to have a trial by the jury on all the issues triable to a jury; and

E. That the Court grant such additional relief as the Court deems proper and just.


Respectfully submitted today,


**Southworth PC**

/s/ Shaun C. Southworth
_____
Shaun C. Southworth
Georgia Bar No. 959122
Southworth P.C.
1100 Peachtree Street NE,
Suite 200
Atlanta, GA 30309
Phone: (404) 585-8095
Fax: (404) 393-4129

shaun@southworthpc.com
Attorney for Nathaniel Reagan