IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NATHANIEL REAGAN,

    Plaintiff,

v.

MANDY K. COHEN, MD, MPH,
Director, Centers for Disease Control,

    Defendant.

Civil Action No.
1:22-cv-02292-VMC

**ORDER**

Before the Court is the Renewed Final Report and Recommendation ("R&R," Doc. 64) of the Magistrate Judge recommending that Defendant's Motion for Summary Judgment ("Motion," Doc. 55) be granted.[1] No objection was filed to the R&R.

Under 28 U.S.C. § 636(b)(1)(B), a district court may "designate a magistrate judge . . . to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any [dispositive] motion," including a motion to dismiss for failure to state a claim. A district judge has a duty to conduct a "careful and complete" review of a magistrate judge's

---

[1] The Court is grateful for the Magistrate Judge's efforts in entering a second lengthy and detailed R&R after already having entered a first one, which was also lengthy and detailed. The Court also appreciates the effort the parties put towards reaching the merits of this case.

report and recommendation. *Williams v. Wainwright*, 681 F.2d 732, 732 (11th Cir. 1982) (per curiam) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 408 (5th Cir. Unit B 1982)).

If no party files a timely objection to the report and recommendation, the Court reviews the magistrate judge's findings for clear error. *See Lawrence v. Governor of Georgia*, 721 F. App'x 862, 864 (11th Cir. 2018) ("district court reviewed the magistrate judge's findings for clear error, as [plaintiffs] had failed to object to the R & R"); *see also Tauber v. Barnhart*, 438 F. Supp. 2d 1366, 1373–74 (N.D. Ga. 2006). "Clear error review asks if, 'after viewing all the evidence, [the Court is] left with the definite and firm conviction that a mistake has been committed.'" *Anderson v. Dunbar Armored, Inc.*, 678 F. Supp. 2d 1280, 1289 (N.D. Ga. 2009) (quoting *HGI Assocs., Inc. v. Wetmore Printing Co.*, 427 F.3d 867, 873 (11th Cir. 2005)). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The Court has reviewed the R&R for clear error and finds none. Accordingly, it is

**ORDERED** that the R&R (Doc. 64) is **ADOPTED IN FULL**. The Motion for Summary Judgment (Doc. 55) is **GRANTED**. The Clerk is directed to enter judgment for the defendant and to close the case.

**SO ORDERED** this 23rd day of April, 2025.

_____
Victoria Marie Calvert
United States District Judge