UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| NATHANIEL REAGAN,<br>　　　　Plaintiff(s),<br><br>vs.<br><br>MANDY K. COHEN,<br>　　　　Defendant(s). | CIVIL ACTION FILE<br><br>NO. 1:22-cv-02292-VMC |

## J U D G M E N T

This action having come before the court, Honorable Victoria M. Calvert, United States District Judge, for consideration of the magistrate's recommendation that Defendant's motion for summary judgment be granted, and the court having adopted the recommendation and granted said motion, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendant recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Atlanta, Georgia, this 23rd day of April, 2025.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By: s/J. Underwood
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
April 23, 2025
Kevin P. Weimer
Clerk of Court

By: S/J. Underwood
　　　　Deputy Clerk